United States Bankruptcy Court
District of Colorado

In re:                                                            Case No. 12-35502-ABC
Hartsel Springs Ranch of Colorado, Inc.                           Chapter 11
       Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 1082-1          User: elefanter          Page 1 of 2           Date Rcvd: May 11, 2013
                              Form ID: pdf904          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2013.
 db         +Hartsel Springs Ranch of Colorado, Inc.,    4255 South Buckley Road, #314,    Aurora, CO 80013-2951
14961220    +A. Lee Greiner,    2411 Auburn Ave.,    Cincinnati, OH 45219-2701
14961217    +Burnett Surveying,    P.O. Box 1953,    Faiplay, CO 80440-1953
14961219    +Club Acquisition Company, LLC,    4255 S. Buckley Rd #314,    Aurora, CO 80013-2951
14961224   ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court:   DirecTV,    P.O. Box 60036,    Los Angeles, CA 90060)
14961227    +David Hale,    11447 S. 1380 E.,    Sandy, UT 84092-5365
14961225    +ENXX Propane,    3365 E. US Hwy 50,    Canon City, CO 81212-9171
14961226    +Frank Wolthuis,    8717 Ridgepointe Dr,    Castle Rock, CO 80108-3426
14961228    +Hein & Associates,    1999 Broadway,    #4000,    Denver, CO 80202-5703
14961229    +Mountain View Waste Systems,    P.O. Box 720,    Pine, CO 80470-0720
14961232    +Petrock & Fendel,    700 17th Street, Suite #180,    Denver, CO 80202-3521
14961230    +Ronald W. Mullins,    9065 W. Asbury Drive,    Lakewood, CO 80227-2307
14961221    +Thomas S. Berger,    3300 E. Galbraith Rd,    Cincinnati, OH 45236-1442
14961222    +Wendy Grumet,    1420 Pegasi St,    Encinitas, CA 92024-4749
14961223    +William R. Livesay,    10317 Leafwood Place,    San Diego, CA 92131-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14961231    +E-mail/Text: csmith@parkco.us May 11 2013 10:26:34     Park County Treasurer,    P.O. Box 638,
              Fairplay, CO 80440-0638
14961233    +E-mail/Text: bklaw@centurylink.com May 11 2013 10:06:34     Qwest,    P.O. Box 173638,
              Denver, CO 80217-3638
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14961218   ##+Design Studios West, Inc.,    616 E. Speer Blvd. #300,    Denver, CO 80203-4213
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 12, 2013**                    **Signature:**    _____

```
District/off: 1082-1           User: elefanter              Page 2 of 2                   Date Rcvd: May 11, 2013
                               Form ID: pdf904              Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2013 at the address(es) listed below:

          Beverly L. Edwards    on behalf of Creditor    Colorado East Bank & Trust bedwards@rmlawgrp.com, lnorth@rmlawgrp.com

          Brian P. Gaffney    on behalf of Creditor    Farm Credit of Southern Colorado, PCA, a wholly owned subsidiary of Farm Credit of Southern Colorado, ACA, and Farm Credit of Southern Colorado, FLCA, a wholly owned subsidiary of Farm Credit of South bgaffney@swlaw.com,   sburkhalter@swlaw.com

          John A. O'Brien    on behalf of Creditor    Farm Credit of Southern Colorado, PCA, a wholly owned subsidiary of Farm Credit of Southern Colorado, ACA, and Farm Credit of Southern Colorado, FLCA, a wholly owned subsidiary of Farm Credit of South jobrien@swlaw.com, jmilelli@swlaw.com;Docket_den@swlaw.com

          Kenneth J. Buechler    on behalf of Creditor    Park County Treasurer (ecl) ken@kjblawoffice.com, sharon@kjblawoffice.com

          Lars H. Fuller    on behalf of Creditor    Mirr Ranch Group, LLC lfuller@bakerlaw.com, icruz@bakerlaw.com;SBeer@bakerlaw.com

          Marcus L. Squarrell    on behalf of Interested Party    Colorado Open Lands msquarrell@lewisbess.com,   gapt@lewisbess.com

          Paul  Gefreh    on behalf of Creditor Thomas S. Berger paul.gefreh@earthlink.net

          Paul  Moss    on behalf of U.S. Trustee    US Trustee Paul.Moss@usdoj.gov

          Richard D. Nelson    on behalf of Creditor Thomas S. Berger ricknelson@ctks.com,   jgarcia@ctks.com

          Risa Lynn Wolf-Smith    on behalf of Interested Party    The Livesay Family Trust RWolf@hollandhart.com,   cmraney@hollandhart.com;lmlopezvelasquez@Hollandhart.com

          Shaun A. Christensen    on behalf of Debtor    Hartsel Springs Ranch of Colorado, Inc. christensens@appellucas.com,   receptionist@appellucas.com;ebersole@appellucas.com

          US Trustee    USTPRegion19.DV.ECF@usdoj.gov

          TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable A. Bruce Campbell

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HARTSEL SPRINGS RANCH OF | ) | Case No. 12-35502 ABC |
| COLORADO, INC., | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

ORDER AUTHORIZING DEBTOR TO EXECUTE
FIRST AMENDMENT TO DEED OF CONSERVATION EASEMENT

On April 8, 2013, Colorado East Bank & Trust ("Bank") filed its Motion to Approve First Amendment to Deed of Conservation Easement ("Motion"). The Bank acquired one of two non contiguous parcels of real property ("Site B") through foreclosure of a deed of trust granted by Debtor to the Bank to secure Debtor's obligations under a note. Debtor still owns the other noncontiguous lot ("Site A") (together Site A and Site B are referred to as the "Real Property"). The Motion alleges that the Real Property is subject to a Conservation Easement in favor of Colorado Open Lands.

The Bank asserts that the Conservation Easement prohibits subdivision of the Real Property and that the Bank's foreclosure effected a subdivision of the Real Property in violation of the Conservation Easement. The Bank now seeks to remedy that violation of the Conservation Easement by the "First Amendment to Deed of Conservation Easement" attached to the Motion as Exhibit B ("First Amendment"). The Banks asks this Court to approve the First Amendment. It is not within this Court's purview to "approve" the First Amendment, however. Accordingly, it is

ORDERED that Debtor is authorized to execute the First Amendment in the exercise of its business judgment; and it is

FURTHER ORDERED that the authorization granted to Debtor by this Order does not explicitly or implicitly rule on the effect of the First Amendment or Debtor's execution thereof.

DATED: May 10th, 2013

BY THE COURT:

A. Bruce Campbell
United States Bankruptcy Judge